```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 08 B 05417
   CYNTHIA A STEPANEK
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-1962

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
       The case was filed on 03/07/2008 and was confirmed 06/02/2008.

       The plan was confirmed to pay secured creditors 100% and unsecured
   creditors  10.00%.

       The case was dismissed after confirmation 12/08/2008.
------------------------------------------------------------------------------
  CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                 PAID           PAID
------------------------------------------------------------------------------
  CAPITAL ONE                UNSECURED           670.36            .00             .00
  ENGLISH VALLEY CONDO ASS   SECURED            1365.63            .00          225.42
  JEFFERSON CAPITAL SYSTEM   UNSECURED           709.99            .00             .00
  JEFFERSON CAPITAL SYSTEM   UNSECURED           944.02            .00             .00
  TCF NATIONAL BANK          UNSECURED        NOT FILED            .00             .00
  HSBC TAXPAYER FINANCIAL    UNSECURED           662.93            .00             .00
  PIERCE & ASSOCIATES        NOTICE ONLY     NOT FILED            .00             .00
  JEFFERSON CAPITAL SYSTEM   UNSECURED           860.55            .00             .00
  JEFFERSON CAPITAL SYSTEM   UNSECURED           586.83            .00             .00
  US DEPT OF EDUCATION       UNSECURED         12813.00            .00             .00
  CITI RESIDENTIAL LENDING   CURRENT MORTG        .00              .00             .00
  CITI RESIDENTIAL LENDING   MORTGAGE ARRE        .00              .00             .00
  COOK COUNTY COMPTROLLER    SECURED            1219.00            .00             .00
  ENGLISH VALLEY CONDO ASS   UNSECURED            27.60            .00             .00
  MIDWEST VERIZON WIRELESS   UNSECURED           985.39            .00             .00
  LEGAL HELPERS PC           DEBTOR ATTY       2,500.00                         777.39
  TOM VAUGHN                 TRUSTEE                                             87.19
  DEBTOR REFUND              REFUND                                                .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
  TRUSTEE                  1,090.00

  PRIORITY                                           .00
  SECURED                                         225.42
  UNSECURED                                          .00
  ADMINISTRATIVE                                  777.39
  TRUSTEE COMPENSATION                             87.19
  DEBTOR REFUND                                      .00
                        ---------------   ---------------
```

                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 05417 CYNTHIA A STEPANEK

```
TOTALS                                       1,090.00                1,090.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
  Dated: 03/05/09                   _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE